UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LEBOEUF and ROBERT HANEY, individually on behalf of themselves and all others similarly situated, and Does (1-100) on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | CASE NO.: 5:19-CV-02543-SVK<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION<br><br>*(Filed Concurrently with Stipulation to Extend Briefing Schedule on Motion to Compel Arbitration)*<br><br>The Hon. Susan van Keulen,<br>San Jose, Courtroom 6<br><br>Date Action Filed: May 13, 2019<br>Hearing Date: October 29, 2019 |

### [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE

The Court, having considered the Stipulation of the parties to extend the briefing schedule on Defendant's motion to compel arbitration, and finding good cause therefore, here by Orders:

Plaintiff's Opposition to Defendant's Motion to Compel Arbitration shall be filed by September 20, 2019;

Defendant's Reply to Plaintiff's Opposition to the Motion to Compel Arbitration shall be filed by October 8, 2019;

The hearing on Defendant's Motion to Compel Arbitration shall remain as previously set, for October 29, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 30, 2019

_____
MAGISTRATE JUDGE SUSAN VAN KEULEN